UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN A. RAMOS AND IMAGINE & DISCOVERY, INC.,<br>    *Plaintiffs*,<br><br>vs.<br><br>LUMIERE INDUSTRIES, LLC AND AGFA CORPORATION,<br>    *Defendants*. | 1:14-cv-2073-JMS-DKL |

## **ORDER**

Plaintiffs filed their Complaint against Defendants alleging that this Court has diversity jurisdiction over their action. [Filing No. 1 at 1-2.] Plaintiffs properly set forth their citizenships, the citizenship of Defendant AFGA Corporation, and the amount in controversy, but allege that Defendant Lumiere Industries, LLC ("Lumiere") "is a Colorado limited liability company with its principal place of business in Littleton, Colorado." [Filing No. 1 at 1.]

Plaintiffs' allegations regarding Lumiere are insufficient to establish its citizenship because the "citizenship of an LLC depends on [the] citizenship of its members, traced through as many levels as necessary to reach corporations or natural persons." *BouMatic, LLC v. Idento Operations, BV*, 759 F.3d 790, 791 (7th Cir. 2014) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998)). The Court is not being hyper-technical: Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

For these reasons, Plaintiffs are **ORDERED** to file an Amended Complaint by **January 7, 2015**, specifically setting forth jurisdictional allegations to establish the citizenship Lumiere and the other parties.

December 22, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**